Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Valerie Bradbury (SBN 249868)
valerie@handslawgroup.com
Sabrina Jangda (SBN 285486)
sabrina@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**PHILLIP WALKER**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STERIK INGLEWOOD, L.P., a Delaware Limited Partnership; RALPHS GROCERY COMPANY, an Ohio corporation; and Does 1-10,<br><br>Defendants. | CASE NO.: 2:21-cv-00082-VAP-PVC<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>The Hon. Virginia A. Phillips |

The Parties hereby jointly notify the court that a confidential settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED: July 15, 2022

THE LAW OFFICE OF HAKIMI & SHAHRIARI

By: */s/Anoush Hakimi*
Anoush Hakimi, Esq.
Attorneys for Plaintiff, Phillip Walker

DATED: July 15, 2022  **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: ***/s/ Melissa T. Daugherty***
Melissa T. Daugherty, Esq.
Attorney for Defendant, Sterik Inglewood, L.P.

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

ANOUSH HAKIMI

***/s/ Anoush Hakimi***
By: Anoush Hakimi
Attorney for Plaintiff Phillip Walker