Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
Cody Cooper (SBN 304730)
cody@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**PHILLIP WALKER**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Phillip Walker, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> STERIK INGLEWOOD, L.P., a Delaware Limited Partnership; RALPHS GROCERY COMPANY, an Ohio Corporation; and DOES 1-10, <br><br> Defendants. | Case No.: 2:21-cv-00082-VAP-PVC <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** <br><br><br> [Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY STIPULATED by and between Plaintiff, Phillip Walker, on the one hand, and Defendant, Sterik Inglewood, L.P., on the other hand, by

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS
1

1 themselves and/or through their respective attorneys of record that, pursuant to
2 Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a
3 dismissal with prejudice of Defendant STERIK INGLEWOOD, L.P. from
4 Plaintiff's Complaint, Case Number 2:21-cv-00082-VAP-PVC. The parties herein
5 reached settlement of the present action.
6
7        Since no Defendants shall remain in this action, Plaintiff requests that
8 Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be
9 responsible for its own fees and costs.
10
11 **IT IS SO STIPULATED.**
12
13   Dated: February 24, 2023        **THE LAW OFFICE OF HAKIMI &**
14                                    **SHAHRIARI**
15
16
17                                    By:  */s/Lauren Davis*
18                                        Lauren Davis, Esq.
                                         Peter Shahriari, Esq.
19                                       Attorneys for Plaintiff, Phillip Walker
20
21
22   Dated: February 24, 2023        **LEWIS, BRISBOIS, BISGAARD &**
                                     **SMITH, LLP**
23
24
25                                    By: */s/Stephen E. Abraham*
                                         Stephen E. Abraham, Esq.
26                                       Melissa T. Daugherty, Esq.
27                                       Attorneys for Defendant, Sterik Inglewood,
                                         L.P.
28

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS
2

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

LAUREN DAVIS

*/s/Lauren Davis*
By: Lauren Davis
Attorney for Plaintiff, Phillip Walker