# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>STERIK INGLEWOOD, L.P., a Delaware Limited Partnership; RALPHS GROCERY COMPANY, an Ohio Corporation; and DOES 1-10,<br><br>    Defendants. | Case No.: 2:21-cv-00082-VAP-PVC<br><br>*Hon. Virginia A. Phillips*<br><br>**~~PROPOSED~~ ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 6, 2021<br>Trial Date:    Vacated |

1  Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before
2  it, and being fully advised finds as follows:
3  **IT IS ORDERED THAT:**
4  Plaintiff Phillip Walker's action against Defendants Sterik Inglewood, L.P. is
5  dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:   3/3/23

*Virginia A. Phillips*

Hon. Virginia A. Phillips
United States District Judge